IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STEVEN PALMER d/b/a MONTANA ORGANIC MEDICAL SUPPLY,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA DEPARTMENT OF HEALTH AND HUMAN SERVICES; DARCI WIEBE in her individual and official capacity; JAMIN GRANTHAM, in his individual and official capacity; CITY OF BILLINGS; STEVE HALLAM in his individual and official capacity; and JOHN DOES 1-10,<br><br>Defendants. | CV 21-38-BLG-SPW-TJC<br><br>**ORDER** |

Defendants, State of Montana, Montana Department of Health and Human Services, Darci Wiebe, and Jamin Grantham (the "State Defendants") have filed an unopposed motion for an extension of time to respond to Plaintiffs' Motion to Strike. (Doc. 28.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The State Defendants shall file a response to Plaintiffs' Motion to Strike by **October 6, 2021**.

DATED this 21st day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1