# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| STEVEN PALMER,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA and JOHN DOES 1-10,<br><br>        Defendant. | CV 21-38-BLG-SPW<br><br>ORDER |

Upon Stipulation between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that the trial set for November 18, 2024 is **VACATED.**

DATED this 11th day of July, 2024.

/s/ Susan P. Watters
Susan P. Watters
U. S. DISTRICT JUDGE

1